# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ROBLES,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　　Respondent. | Case No. CV 17-08605 AG (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 29, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE